**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | **CV 12-8403-JFW (MRWx)** | Dated: December 28, 2012 |
| Title: | Roberto Estrada, et al. *-v-* Securitas Security Services USA, Inc., et al. | |

PRESENT:   HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

Shannon Reilly            None Present
Courtroom Deputy       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                 None Present

**PROCEEDINGS (IN CHAMBERS):        ORDER DISMISSING ACTION WITHOUT PREJUDICE**

As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 30, 2012, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for January 7, 2013, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).


IT IS SO ORDERED.

Initials of Deputy Clerk    sr